

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00699-CV

**ORION DRILLING COMPANY, LLC**,
Appellant

v.

**TX ENERGY SERVICES, LLC**,
Appellee

From the County Court, Jim Wells County, Texas
Trial Court No. 19-07-59662-CV
Honorable Michael Ventura Garcia, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a)(1). Costs of appeal are taxed against appellant. *See id*. 42.1(d).

SIGNED December 27, 2019.

Irene Rios, Justice